James C. Mahan
U.S. District Judge

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JP MORGAN CHASE BANK, N.A., et al.,<br><br>Plaintiff(s),<br><br>v.<br><br>DEBRA GEORGE, et al.,<br><br>Defendant(s). | Case No. 2:17-CV-1644 JCM (VCF)<br><br>ORDER |

Presently before the court is plaintiffs JPMorgan Chase Bank, N.A. and Federal National Mortgage Association and defendant Spanish Trail Master Association's ("the HOA") joint motion to dismiss. (ECF No. 19). The joint motion reads as follows:

> Pursuant to Fed. R. Civ. P. 41(a) and LR 7-1(c), Plaintiffs JPMorgan Chase Bank, N.A. and Federal National Mortgage Association ("Plaintiffs") and Spanish Trail Master Association (the "Association"), by and through their respective counsel, stipulate and agree as follows:
>
> 1. Plaintiffs' claims against the Association in the above-captioned matter are dismissed with prejudice.
>
> 2. Although the Association is no longer a party to this action, the Association shall cooperate in the enforcement of any final judgment entered in this case, including, without limitation, any judgment entered quieting title or granting declaratory relief as between Chase and the remaining defendants regarding their respective interests in that certain real property commonly known as 7373 Mission Hills Drive, Las Vegas, Nevada 89113, APN: 163-27-112-013.
>
> 3. The Association further agrees to respond to any third party discovery that Plaintiffs may propound on the Association, in accordance with any orders entered in this case and the Federal Rules of Civil Procedure.
>
> 4. The Association and Plaintiffs shall each bear their own respective attorney fees and costs, if any, incurred in this matter.

(ECF No. 19). Good cause appearing, the court will grant the parties' joint motion to dismiss.

Accordingly,

IT IS HEREBY ORDERED that the parties' motion to dismiss (ECF No. 19) be, and the same hereby is, GRANTED.

IT IS FURTHER ORDERED that plaintiffs' claims against the HOA be, and the same hereby are, DISMISSED with prejudice.

DATED May 2, 2018.

                                                                _____
UNITED STATES DISTRICT JUDGE