Kent F. Larsen, Esq.
Nevada Bar No. 3463
Chet A. Glover, Esq.
Nevada Bar No. 10054
Preston S. Mathews, Esq.
Nevada Bar No. 13720
SMITH LARSEN & WIXOM
Hills Center Business Park
1935 Village Center Circle
Las Vegas, Nevada 89134
Tel: (702) 252-5002
Fax: (702) 252-5006
Email: kfl@slwlaw.com
       cag@slwlaw.com
       psm@slwlaw.com
Attorneys for Plaintiffs
JPMorgan Chase Bank, N.A. and
Federal National Mortgage Association

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JPMORGAN CHASE BANK, N.A., and FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br><br>    Plaintiffs,<br><br>vs.<br><br>DEBRA GEORGE as trustee of the GRACE TRUST DATED 11/12/13; and SPANISH TRAIL MASTER ASSOCIATION, a Nevada non-profit corporation,<br><br>    Defendants. | CASE NO: 2:17-cv-01644-JCM-VCF<br><br>**STIPULATION AND ORDER TO STAY ENTIRE CASE**<br><br>**(First Request)** |

Pursuant to LR IA 6-2 and LR 7-1, Plaintiffs JPMorgan Chase Bank, N.A. and Federal National Mortgage Association (collectively referred to as "**Plaintiffs**") and Defendant Debra George as trustee of the Grace Trust Dated 11/12/13 ("**George**") (George and Plaintiffs are

1

SMITH LARSEN & WIXOM
ATTORNEYS
HILLS CENTER BUSINESS PARK
1935 VILLAGE CENTER CIRCLE
LAS VEGAS, NEVADA 89134
(702) 252-5002 · (702) 252-5006

collectively the "**Parties**"), by and through their respective counsel of record, stipulate and agree as follows:

1. Plaintiffs and George have reached a settlement in principle of this matter. The Parties anticipate that it will take between 90-120 days to finalize the settlement agreement, perform the material terms under the settlement agreement, and be in a position to dismiss this matter.

2. Given the resolution between Plaintiffs and George, and to avoid wasting resources and incurring potentially unnecessary expense associated with litigation, the Parties agree to, and hereby request, a stay of the entire case to give the Parties sufficient time and resources to finalize settlement.[1]

…

…

…

…

…

…

…

…

…

…

…

…

…

---

[1] Based on this stipulation, the deadline for George to file her Opposition, if any, to Plaintiffs' Motion for Summary Judgment" [ECF No. 21] is also stayed.

3. The Parties make this stipulation in good faith and not for purposes of delay.

Dated this 29th day of June, 2018.

SMITH LARSEN & WIXOM

/s/ *Chet A. Glover*
Kent F. Larsen, Esq.
Nevada Bar No. 3463
Chet A. Glover, Esq.
Nevada Bar No. 10054
Preston S. Mathews, Esq.
Nevada Bar No. 13720
Hills Center Business Park
1935 Village Center Circle
Las Vegas, Nevada 89134
Attorneys for Plaintiffs
JPMorgan Chase Bank, N.A. and
Federal National Mortgage Association

Dated this 28th day of June, 2018.

ROGER P. CROTEAU & ASSOCIATES, LTD.

/s/ *Timothy E. Rhoda*
Roger P. Croteau, Esq.
Nevada Bar No. 4958
Timothy E. Rhoda, Esq.
Nevada Bar No. 7878
9120 West Post Road, Suite 100
Las Vegas, Nevada 89148
Attorneys for Defendant
Debra Grace as trustee of the Grace Trust Dated 11/12/13

**ORDER**

**IT IS SO ORDERED.**

UNITED STATES DISTRICT JUDGE

DATE: July 2, 2018

3