# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
\* \* \*

| | |
|---|---|
| JP MORGAN CHASE BANK, N.A., et al., | Case No. 2:17-CV-1644 JCM (VCF) |
| Plaintiff(s), | ORDER |
| v. | |
| DEBRA GEORGE, et al., | |
| Defendant(s). | |

Presently before the court is the matter of *JPMorgan Chase Bank, N.A. et al v. Debra George et al*, case number 2:17-cv-01644-JCM-VCF.

On July 2, 2018, the court granted the parties' stipulation to stay case in light of the parties' having reached a settlement in this case. (ECF No. 23). The parties indicated that they would require between 90-120 days to finalize the settlement agreement and dismiss the matter. *Id.* As more than 120 days have passed since the court granted the parties' stipulation, the court orders the parties to file a joint status report within fourteen (14) days indicating the status of the current action.

Accordingly,

IT IS HEREBY ORDERED that the parties shall file a joint status report within fourteen (14) days of the date of this order indicating the status of the current action. Failure to file a timely joint status report may result in dismissal of this case.

DATED November 6, 2018.

_____
UNITED STATES DISTRICT JUDGE