Kent F. Larsen, Esq.
Nevada Bar No. 3463
Chet A. Glover, Esq.
Nevada Bar No. 10054
Preston S. Mathews, Esq.
Nevada Bar No. 13720
SMITH LARSEN & WIXOM
Hills Center Business Park
1935 Village Center Circle
Las Vegas, Nevada 89134
Tel: (702) 252-5002
Fax: (702) 252-5006
Email: kfl@slwlaw.com
cag@slwlaw.com
psm@slwlaw.com
Attorneys for Plaintiffs
JPMorgan Chase Bank, N.A. and
Federal National Mortgage Association

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JPMORGAN CHASE BANK, N.A., and FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br><br>Plaintiffs,<br><br>vs.<br><br>DEBRA GEORGE as trustee of the GRACE TRUST DATED 11/12/13; and SPANISH TRAIL MASTER ASSOCIATION, a Nevada non-profit corporation,<br><br>Defendants. | CASE NO: 2:17-cv-01644-JCM-VCF<br><br>**STIPULATION AND ORDER OF FINAL JUDGMENT CONFIRMING EXISTENCE AND VALIDITY OF DEED OF TRUST** |

Plaintiffs JPMorgan Chase Bank, N.A. ("**Chase**") and Federal National Mortgage Association ("**Fannie Mae**") (collectively referred to as "**Plaintiffs**") and Defendant Debra George as trustee of the Grace Trust Dated 11/12/13 ("**George**") (George and Plaintiffs are

collectively the "**Parties**"), by and through their respective counsel of record, stipulate and agree as follows:

1. This matter relates to real property located at 7373 Mission Hills Drive, Las Vegas, Nevada 89113 (APN: 163-27-112-013) (the "**Property**"). The Property is more specifically described as:

> Lot 13 of Amended Plat of Court Yards at Spanish Trail No. 1, as shown by map thereof on file in Book 31 of Plats, Page 33 in the Office of the County Recorder of Clark County, Nevada.

2. Chase is the beneficiary of record of a Deed of Trust that encumbers the Property and was recorded on January 25, 2007, as Instrument Number 20070125-0005113 in the Official Records of Clark County, Nevada (the "**Deed of Trust**").

3. On September 16, 2013, the Spanish Trail Master Association (the "**Association**") recorded a Foreclosure Deed as Instrument Number 201309160001360 in the Official Records of Clark County, Nevada (the "**HOA Foreclosure Deed**"), reflecting that the Association purchased the Property at a foreclosure sale of the Property held on August 23, 2012 (the "**HOA Sale**").

4. On December 31, 2013, the Association recorded a Quitclaim Deed as Instrument Number 201312310000401 in the Official Records of Clark County, Nevada reflecting that the Association quitclaimed any interest it had in the Property to George.

5. On June 13, 2017, Plaintiffs initiated a quiet title action against George in the United States District Court, District of Nevada (the "**Quiet Title Action**").

6. The Parties have entered a confidential settlement agreement in which they have settled all claims between them in this case.

7. The Deed of Trust survived and was not extinguished in any capacity by the HOA Sale or the recording of the HOA Foreclosure Deed. The Deed of Trust remains a valid

2

encumbrance against the Property following the recording of the HOA Foreclosure Deed, and George's interest in the Property is subject to the Deed of Trust.

| SMITH LARSEN & WIXOM | ROGER P. CROTEAU & ASSOCIATES, LTD. |
|---|---|
| Dated this 20th day of Nov., 2018. | Dated this 16th day of Nov., 2018. |
| /s/ Kent F. Larsen | /s/ Roger P. Croteau |
| Kent F. Larsen, Esq.<br>Nevada Bar No. 3463<br>Chet A. Glover, Esq.<br>Nevada Bar No. 10054<br>Preston S. Mathews, Esq.<br>Nevada Bar No. 13720<br>Hills Center Business Park<br>1935 Village Center Circle<br>Las Vegas, Nevada 89134<br>Attorneys for Plaintiffs<br>JPMorgan Chase Bank, N.A. and<br>Federal National Mortgage Association | Roger P. Croteau, Esq.<br>Nevada Bar No. 4958<br>Timothy E. Rhoda, Esq.<br>Nevada Bar No. 7878<br>9120 West Post Road, Suite 100<br>Las Vegas, Nevada 89148<br>Attorneys for Defendant<br>Debra Grace as trustee of the Grace Trust Dated 11/12/13 |

## ORDER

Based on the above stipulation between Plaintiffs and Defendants George, the Parties' agreement, and good cause appearing therefore,

**IT IS ORDERED** that the Deed of Trust recorded in the Official Records of Clark County, Nevada against the real property located at 7373 Mission Hills Drive, Las Vegas, Nevada 89113 (APN: 163-27-112-013) (the "**Property**") on January 25, 2007, as Instrument Number 20070125-0005113 was not extinguished, impaired, or otherwise affected by the foreclosure sale conducted by the Spanish Trail Master Association (the "**Association**") on August 23, 2012 or the recording of the Foreclosure Deed in the Official Records of Clark County, Nevada, on September 16, 2013, as Instrument Number 201309160001360, reflecting that the Association purchased the Property at the foreclosure sale. George's interest in the Property is subject to the Deed of Trust.

3

**IT IS FURTHER ORDERED** that Plaintiffs shall be entitled to record this STIPULATION AND ORDER OF FINAL JUDGMENT CONFIRMING EXISTENCE AND VALIDITY OF DEED OF TRUST in the Official Records of Clark County, Nevada in accordance with the rules of the Recorder's Office.

**IT IS FURTHER ORDERED** that this order constitutes the final judgment of this Court, resolving all claims in this case with prejudice, each party to bear its own fees and costs.

_____
UNITED STATES DISTRICT JUDGE

DATE: November 29, 2018